## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TUERE BARNES,** | : | **CIVIL ACTION NO. 1:14-CV-1437** |
| | : | |
| **Plaintiff** | : | **(Chief Judge Conner)** |
| | : | |
| **v.** | : | |
| | : | |
| **BRANDI MAHAMADOU,** | : | |
| | : | |
| **Defendant** | : | |

## ORDER AND JUDGMENT

AND NOW, this 16th day of July, 2015, upon consideration of the report (Doc.

29) of Chief Magistrate Judge Martin C. Carlson, recommending the court grant the

motion (Doc. 27) to liquidate damages in default judgment filed by *pro se* plaintiff

Tuere Barnes ("Barnes") and enter judgment in the amount of $888.00 in favor of

Barnes and against defendant Brandi Mahamadou ("Mahamadou"), and, following

an independent review of the record, the court in agreement with the Magistrate

Judge's findings, and the court noting that plaintiff has objected (Doc. 30)[1] to the

---

[1] When a party objects to a magistrate judge's report and recommendation, the district court performs a *de novo* review of the contested portions of the report. See Behar v. Pa. Dep't of Trans., 791 F. Supp. 2d 383, 389 (M.D. Pa. 2011) (citing Sample v. Diecks, 885 F.2d 1099, 1106 n.3 (3d Cir. 1989); 28 U.S.C. § 636(b)(1)(c)). In this regard, Local Rule of Court 72.3 requires written objections to "specifically identify the portions of the proposed findings, recommendations or report to which objection is made and the basis for those objections." LOCAL RULE OF COURT 72.3; also Behar, 791 F. Supp. 2d at 389 (citing Shields v. Astrue, Civ. No. 07-417, 2008 U.S. Dist. LEXIS 74519, at *6 (M.D. Pa. Sept. 8, 2008)).

Magistrate Judge's damages calculation, and the court finding plaintiff's objection

to be without merit and squarely addressed by Judge Carlson's report, it is hereby

ORDERED that:

1.   The report (Doc. 29) of Chief Magistrate Judge Carlson is ADOPTED in its entirety.

2.   Barnes' motion (Doc. 27) to liquidate damages in default judgment is GRANTED to the extent that the court will award damages to Barnes in the amount of $888.00.

3.   Judgment is ENTERED in favor of Barnes and against Mahamadou in the amount of $888.00.

4.   The Clerk of Court is directed to provide a copy of this order to Mahamadou at her last known address as reflected in Docket Entry 18.

5.   The Clerk of Court is directed to CLOSE this case.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania